# United States Bankruptcy Court

Eastern District of New York
271 Cadman Plaza East, Suite 1595
Brooklyn, NY 11201−1800

## NOTICE OF ELECTRONIC FILING PROCEDURE −

## INFORMATION REGARDING MEETING OF CREDITORS

**Case Name: Milton Lamb**

**Case Number: 1−11−43803−cec**          **Date Filed: May 5, 2011**

The above case was filed electronically, and is accessible via the Court's Internet site at http://www.nyeb.uscourts.gov. In compliance with EDNY LBR 9011−1(b) and the court's General Order on Electronic Filing Procedures ("General Order #559"), whenever any applicable statute, rule or order requires a document to be signed and the document is electronically filed, the document shall contain an electronic signature or a scanned copy of the original signature. An electronic signature shall consist of "s/" followed by the first and last name of the person signing. Security of a password issued to an attorney is the attorney's responsibility. An original signed copy of all filings shall be maintained in the attorney's file in accordance with General Order #559.

All parties with legal representation must file documents by one of the following methods:

1. **INTERNET (Preferred Method):** The requirements for filing, viewing and retrieving case documents over the Internet are: A personal computer running Microsoft Windows; an Internet provider using dial−up, or broadband; Mozilla Firefox or Internet Explorer; Adobe Acrobat to convert word processor formatted documents to portable document format (PDF); and a document scanner. The URL address is www.nyeb.uscourts.gov. A password is needed to file documents into this system. Please contact the Court to obtain a password. In addition, a Pacer login is needed to view or print documents from this system. A Pacer login can be obtained by calling the Pacer Service Center at 1−800−676−6856 or by visiting their website at http://pacer.psc.uscourts.gov.

2. **DISKETTE or CD−ROM/DVD, PDF FORMAT:** If you are not equipped or have not registered to file over the Internet, you must submit your documents on a diskette or CD−ROM/DVD, in PDF format. Adobe Acrobat software will provide you with the ability to create documents in PDF format; additionally, word processing programs such as Corel WordPerfect and Microsoft Word include a built−in conversion utility. Use a separate diskette or CD−ROM/DVD for each filing. Submit the diskette or CD−ROM/DVD in an envelope with the case name, case number, type and title of the document, and the file name on the diskette or CD−ROM/DVD.

**Important Note: Proofs of claim may be filed over the Internet, on diskette or CD−ROM/DVD, or in paper form.**

Adversary Proceedings filed relative to cases assigned to the ECF system will also be assigned to the system. Documents filed in such proceedings MUST comply with the foregoing electronic filing requirements.

In Chapter 7, 12 and 13 cases, the debtor is responsible for serving a copy of the petition on the trustee appointed in the case. Refer to the Notice of Meeting of Creditors accompanying this notice for the name and mailing address of the trustee.

In Chapter 11 cases, the debtor is responsible for serving a copy of the petition on the Internal Revenue Service and the Securities and Exchange Commission. Refer to second page of the Notice of Meeting of Creditors accompanying this notice for their respective addresses.

Parties without legal representation may file documents in paper form, in accordance with procedures set forth in the court's Local Rules.

Dated: May 6, 2011

For the Court, Robert A. Gavin, Jr., Clerk of Court

# NOTICE TO CHAPTER 7 DEBTORS AND DEBTORS' ATTORNEYS

## What To Submit Prior To The Meeting Of Creditors

You must submit to the Chapter 7 Trustee assigned to your case the following:

1. A copy of the Chapter 7 petition (complete with all schedules and the statement of financial affairs) which bears a copy of the Debtor's signature.

Note: The petition should not reflect the Debtor's signature as /s/.

2. Copies of all payment advices (i.e., pay stubs) or other evidence of payment received within 60 days before the date of the filing of the petition by the Debtor from any employer of the Debtor. (*See* Bankruptcy Code § 521(a)(1)(iv))

Note: If such payment advices are not available or the Debtor does not have payment advices then the Debtor should provide the Trustee and file with the Bankruptcy Court a notarized affidavit of the Debtor explaining the circumstances.

3. A copy of the Federal income tax return (or a transcript of such return) for the most recent tax year ending immediately before the commencement of the case and for which the Federal income tax return was filed.

Note: The tax return or transcript must be provided to the Chapter 7 Trustee no later than 7 days before the meeting of creditors. (*See* Bankruptcy Code § 521(e)(2)(A)(i)) The tax return or transcript should **NOT** be filed with the Bankruptcy Court.

The Chapter 7 Trustees request that this information be provided as soon as possible after the petition is filed. The name and address of the assigned Chapter 7 Trustee appears on the meeting notice.

These requirements do not supersede or replace any of the requirements under the Bankruptcy Code, Bankruptcy Rules and Local Bankruptcy Rules.

## What to bring to the Meeting of Creditors

Each Chapter 7 Debtor should bring to the meeting of creditors: (a) original government issued photo identification **and** (b) an original social security card or other original government issued document that reflects the Debtor's social security number.

```
United States Bankruptcy Court
Eastern District of New York

In re:                                                              Case No. 11-43803-cec
Milton Lamb                                                         Chapter 7
    Debtor
                         CERTIFICATE OF NOTICE

District/off: 0207-1        User: mrodrique         Page 1 of 2           Date Rcvd: May 06, 2011
                            Form ID: 245            Total Noticed: 43


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 08, 2011.
db         +Milton Lamb,    581 Park Pl. Apt 2R,    Brooklyn, NY 11238-4744
aty        +Lurie Daniel-Favors,    Daniel Favors Law Group PC,    305 Broadway,    14th Floor,
             New York, NY 10007-1134
smg        +NYC Department of Finance,    345 Adams Street, 3rd Floor,    Attn: Legal Affairs - Devora Cohn,
             Brooklyn, NY 11201-3719
smg        +NYS Department of Taxation & Finance,    Bankruptcy Unit,    PO Box 5300,    Albany, NY 12205-0300
smg        +NYS Unemployment Insurance,    Attn: Insolvency Unit,    Bldg. #12, Room 256,
             Albany, NY 12240-0001
7191445    +AT&T,    Bankruptcy Department,    PO Box 769,   Arlington, TX 76004-0769
7191441     Allstate Property & Casualty,    P.O. Box 3589,   Akron, OH 44309-3589
7191442    +American Express,    PO Box 981537,    El Paso, TX 79998-1537
7191443    +Ameristar,    400 Lakeview PKWY 16,    Vernon Hills, IL 60061-1854
7191444     Amex,    American Express,    P.O. Box 981540,    El Paso, TX 79998-1540
7191446     Beth Israel Medical Center,    PO Box 95000-2195,    Philadelphia, PA 19195-2195
7191447     CFC Deficiency Recover,    5222 Crooks Rd. 140,    Troy, MI 48098
7191449     Credit Collection Services,    Payment Processing Center - 27,    P.O. Box 55126,
             Boston, MA 02205-5126
7191448    +Credit Collection Services,    Two Wells Ave.,    Newton, MA 02459-3246
7191450    +David L. Reitman,    150 White Plains Rd.,    Tarrytown, NY 10591-5535
7191451    +Drive Financial,    c/o K&R Towing/Krosstown Colllision,    PO Box 25120,
             Lehigh Valley, PA 18002-5120
7191452    +Equifax,    P.O. Box 105139,    Atlanta, GA 30348-5139
7191453    +Evans Law Associates,    3842 Harlem Road, Ste 400-329,    Buffalo, NY 14215-1935
7191454    +Experian,    701 Experian Parkway,    Allen, TX 75013-3715
7191455     MCS Claim Services, Inc.,    123 Frost St. Ste 150,    Westbury, NY 11590-5027
7191456    +Mel S. Harris & Associates LLC,    5 Hanover Square, 8th Flr.,    New York, NY 10004-2752
7191459    +NBCC - National Bureau Collection Corp,    PO Box 16,    Irvington, NY 10533-0016
7191460    +NCO FIN,    507 Prudential Rd,    Horsham, PA 19044-2368
7191464     NYC Dept of Finance,    Parking Summons Collections,    PO Box 3644,    Church St. Station,
             New York, NY 10008-3644
7191457    +Nancy Lamb,    106 University Ave.,    Buffalo, NY 14214-1250
7191458    +Nationwide Credit, Inc.,    2015 Vaughn Rd 40,    Kennesaw, GA 30144-7801
7191462    +NelNet,    PO Box 1649,    Denver, CO 80201-1649
7191461    +NelNet,    3015 S. Parker Rd. 400,    Aurora, CO 80014-2904
7191463    +NelNet Loans,    6420 South Point PKWY,    Jacksonville, FL 32216-0944
7191465    +Rent-A-Center,    5501 Headquarters Drive,    Plano, Texas 75024-5845
7191466     Sallie Mae - Claims Department,    P.O. Box 9400,    Wilkes-Barre, PA 18773-9400
7191468     Santander Consumer USA Inc.,    P.O. Box 660633,    Dallas, TX 75266-0633
7191467    +Santander Consumer USA Inc.,    P.O. Box 961245,,    Fort Worth, TX 76161-0244
7191469    +Santander Consumer USA Inc.,    Office of the President,    P.O. Box 961245,
             Fort Worth, TX 76161-0244
7191470     State Farm Insurance Companies,    Subrogation Services,    PO Box 2373,
             Bloomington, IL 61702-2373
7191472    +TL Thompson,    330 Oaks Trail Ste. 200,    Garland, TX 75043-4083
7191471    +TL Thompson,    PO Box 496149,    Garland, TX 75049-6149
7191473    +TransUnion,    P.O. Box 2000,    Chester, PA 19016-2000
7191475    +USAA,    Subrogation Department,    PO Box 659476,    San Antonio, TX 78265-9476
7191474    +USAA,    9800 Fredericksburg, Rd.,    San Antonio, TX 78288-0002

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         +E-mail/Text: ustpregion02.br.ecf@usdoj.gov May 06 2011 18:10:29      United States Trustee,
             Office of the United States Trustee,    271 Cadman Plaza East,    Brooklyn, NY 11201-1833
7191440      E-mail/PDF: recoverybankruptcy@afninet.com May 06 2011 18:36:02      Afni, Inc.,    404 Brock Drive,
             PO Box 3427,    Bloomington, IL 61702-3427
7191476     +E-mail/PDF: BankruptcyVerizonEast@afninet.com May 06 2011 18:36:02      Verizon New York Inc,
             500 Technology Dr Suite 300,    Weldon Springs, MO 63304-2225,    63304
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 08, 2011**            **Signature:**            *Joseph Speetjens*